HOWE et al., Respondents, v. WOOLSEY, Appellant.

(City Court of New York, General Term.   October 20, 1893.)

Action by William F. Howe and Abraham H. Hummell against Edward J. Woolsey.

Wells & Waldo, for appellant.
David May, for respondents.

NEWBURGER, J.  This action was brought to recover for the value of legal services rendered, and resulted in a verdict for plaintiffs.  This case was properly submitted to the jury.  The exceptions taken are without merit.  Judgment must therefore be affirmed, with costs.  All concur.

---

RAUBICHECK, Respondent, v. SNEDECOR, Appellant.

(City Court of New York, General Term.   October 20, 1893.)

Action by Frank Raubicheck against William J. Snedecor.
Argued before EHRLICH, C. J., and McCARTHY, J.

Niles & Johnson, for appellant.
Hamilton R. Squier, for respondent.

McCARTHY, J.  Upon an examination of this case we find no errors.  It involved a question of fact, which was fairly and fully submitted to the jury.  They had a right to accept and believe the evidence of one side or the other.  By their verdict it is clear they accepted the plaintiff's version.  Judgment should be affirmed, with costs.

---

SPAULDING v. WRIGHT UNIVERSAL ELECTRIC CO.

(City Court of New York, General Term.   October 20, 1893.)

Action by Edward B. Spaulding against the Wright Universal Electric Company.   From a judgment entered on a verdict in favor of plaintiff, defendant appeals.

Argued before EHRLICH, C. J., and NEWBURGER and McCARTHY, JJ.

Sullivan & Cromwell, for appellant.
Royal S. Crane, for respondent.

EHRLICH, C. J.  The plaintiff recovered upon an express contract, which was proved to the satisfaction of the jury, and they accordingly found for the plaintiff for the balance due thereon.  The case was fairly tried and submitted to the jury, and there is no reason why their finding should be disturbed.  The exceptions are without merit, and the judgment must be affirmed, with costs.  All concur.